**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  STEPHEN R. MILES                                    Case Number: 06-71646
        2022 MELROSE STREET          SSN-xxx-xx-4162
        ROCKFORD, IL  61103

                                                Case filed on:      9/7/2006
                                                Plan Confirmed on:  11/17/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,608.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 3,171.74 | 3,171.74 | 2,171.74 | 0.00 |
|  | Total Legal | 3,171.74 | 3,171.74 | 2,171.74 | 0.00 |
| 999 | STEPHEN R. MILES | 0.00 | 0.00 | 2,674.33 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,674.33 | 0.00 |
| 001 | NEW CENTURY MORTGAGE | 7,673.39 | 4,487.18 | 4,487.18 | 0.00 |
| 007 | NEW CENTURY MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 7,673.39 | 4,487.18 | 4,487.18 | 0.00 |
| 002 | AMERIAN CASH' N GO INC | 768.97 | 768.97 | 768.97 | 0.00 |
| 003 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | LVNV FUNDING LLC | 73.48 | 73.48 | 73.48 | 0.00 |
| 005 | CAPITAL ONE | 358.01 | 358.01 | 358.01 | 0.00 |
| 006 | CREDITORS BANKRUPTCY SERVICE | 466.77 | 466.77 | 466.77 | 0.00 |
|  | Total Unsecured | 1,667.23 | 1,667.23 | 1,667.23 | 0.00 |
|  | Grand Total: | 12,512.36 | 9,326.15 | 11,000.48 | 0.00 |

Total Paid Claimant:      $11,000.48
Trustee Allowance:        $607.52        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   100.00         discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                           /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan